

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOSEPH VINCENT, | § | No. 08-16-00012-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| V. | § | County Court at Law No. 4 |
| | § | |
| JUST RIGHT PROPERTY | § | of Williamson County, Texas |
| SOLUTIONS, LLC, | § | |
| | § | (TC# 15-1477-CC4) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the Appellee's motion to dismiss the appeal as moot, and concludes that the motion should be granted and the appeal should be dismissed as moot, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 3RD DAY OF AUGUST, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.